

**MEMORANDUM OPINION**

No. 04-09-00409-CV

**IN RE** Vanessa Ann **GONZALES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
           Sandee Bryan Marion, Justice
           Rebecca Simmons, Justice

Delivered and Filed:   July 15, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On July 7, 2009, relator filed a petition for writ of mandamus and a motion for temporary relief. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2002-EM5-03761, styled *In the Interest of J.L.E.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen Pozza presiding.